**JAMES M. BARRETT, ESQ. SBN 190274**
**LAW OFFICE OF JAMES M. BARRETT PLC**
**789 CASTRO STREET**
**MOUNTAIN VIEW, CA 94041**
**PH. 650-969-3687**
**FX 650-969-3699**

**Attorney for Claimant Raymond Pestalozzi**

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **RAYMOND PESTALOZZI, an Individual DBA THINK SECURE LABS** )<br>)<br>)<br>**Plaintiff,** )<br>)<br>**v.** )<br>)<br>**PATEK PHILIPPE S. A. , THIERRY STERN, an Individual.** )<br>)<br>**Defendants.** ) | **Case No: CV 10-1558**<br><br>**PLAINTIFF'S INITIAL CASE MANAGEMENT STATEMENT**<br><br>ORDER RESETTING CMC |

     Pursuant to this Court's Civil Local Rule 16-9 and FRCicP 16(b), Plaintiff herby submits this Initial Case Management Statement.

     On April 12, 2010 Plaintiff filed a complaint against Patek Philippe S.A. and Thierry Stern an indicvidual.

     Defendants have not been served but Plaintiff has filed an Amended Complaint which is in the process of being served on Defendants.

     No Defendants have answered the complaint at this writing.

     Defendant Patek Philippe is a Corporation based in Switzerland.

     Defendant Thierry Stern is believed to be a Swiss citizen.

.

**Pestallozzi v. Patek**
**Initial Case Management Statement.**

A.  STAMENT OF FACTS AND EVENTS UNDERLYING THE ACTION

Plaintiff has brought this lawsuit to protect his rights of ownership for the Domain Patekwatches.com. Plaintiff has not used this Domain for any commercial purpose or to compete with Defendant in any manner.  Plaintiff believes that Defendant has utilized the World Intellectual Property Organization as a tool to take ownership of the Domain without compensation.

B.  **PRINCIPAL ISSUES**

1. **The principal factual issues:**

   The right to own the Domain for person use not commercial use

2. **The principal legal issues**

   Plaintiff's right to ownership and prevention of a taking without compensation

3. **The following issues as to service of process, personal jurisdiction, subject matter jurisdiction or venue unresolved.**

   Defendants are in the process of being served.

4. **The following parties have not been served.**

   Patek Philippe S.A. and Thierry Stern

5. **Any additional parties that a party intends to join are listed.**

   Unknown at this time

6. **Any additional claims that a party intends to add are listed below.**

   Unknown at this time

**Pestallozzi v. Patek**
**Initial Case Management Statement.**

**C. ALTERNATE DISPUTE RESLOUTION**

Plaintiff is willing to utilize the full scope of ADR services provided by this Court.

**The Court Hereby Orders:**

**D. CONSENT TO JURISICTION BY A MAGISTRATE JUDGE**

Plaintiff has Consented to the use of a Magistrate Judge

**The Court Hereby refers this case for the following purposes to a magistrate judge.**

**E. DISCLOSURES**

There have been no disclosures until such time as Defendants are represented by counsel

**F. EARLY FILING OF MOTIONS**

To be determined

**G. DISCOVERY**

To be determined

**H. PRETRIAL AND TRAIL SCHEDULE**

To be determined

**I. DATE OF NEXT CASE MANAGEMENT CONFERENCE**

To be ordered by this Court

**J. OTHER MATTERS**

**Pestallozzi v. Patek**
**Initial Case Management Statement.**

K.   **IDENTIFICATION AND SIGNATURE OF TRIAL COUNSEL**

Dated: July 8, 2010                              Respectfully submitted,

The Law Office of JAMES M. BARRETT PLC

By:  …./s/…  JAMES M. BARRETT_____
      JAMES M. BARRETT
      ATTORNEY FOR PLAINTIFF

The Court finds that Plaintiff has submitted an Initial Case Management Statement and that upon the recitals contained herein it is in the best interests for this matter to continue this Case Management Hearing until 10/13/10 at 1:30 p.m. to allow for service of Defendants and the opportunity for Parties to Meet and Confer and submit a subsequent Joint Case management Statement.   Plaintiff is ordered to serve a copy of this order upon all defendants.

IT IS SO ORDERED

Dated: 7/16/10                                   _____
                                                 Honorable Edward M. Chen

IT IS SO ORDERED AS MODIFIED
Judge Edward M. Chen

**Pestallozzi v. Patek**
**Initial Case Management Statement.**