JAMES M. BARRETT, ESQ. SBN 190274
LAW OFFICE OF JAMES M. BARRETT PLC
789 CASTRO STREET
MOUNTAIN VIEW, CA 94041
PH. 650-969-3687
FX 650-969-3699

Attorney for Claimant Raymond Pestalozzi

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RAYMOND PESTALOZZI, an Individual DBA THINK SECURE LABS<br><br>Plaintiff,<br><br>v.<br><br>PATEK PHILIPPE S. A. , THIERRY STERN, an Individual.<br><br>Defendants. | Case No: CV101558<br><br>REQUEST FOR CONTINUANCE OF CASE MANAGEMENT CONFERENCE SET FOR MARCH 30, 2011<br><br>(Proposed) ORDER<br><br>Honorable Magistrate Judge Chen |

TO ALL PARTIES AND THEIR ATTORNEYS, Plaintiff Raymond Pestalozzi Requests that the Case Management Conference set for March 30, 2011 be continued for the following reasons;

1. Defendants Patek Philippe S.A and Thierry Stern have no legal presence in the United States of America but reside, operate and are incorporated in the Country of Switzerland on the Continent of Europe.

2. Service of Process must be made through The Hague Service Convention.

3. All documents are to be translated into French for service in the native language.

4. The Law Offices of James M. Barrett PLC are utilizing the services of Crowe Foreign Services of Portland, Oregon for service of the defendants.

5. Crowe Foreign Services are recognized as a foreign service organization.

**Pestallozzi v. Patek**
**Request for Case Management Continuance**

1

6. Crowe Foreign Services has provided sufficient information that the service of the complaint and associated documents will take a minimum of three months from March 30, 2011 to serve of the Defendants.

7. Plaintiff Pestalozzi has been hampered with medical conditions including a stroke which prevented his ability to prepare all pleadings' translation for the service of process.

8. Plaintiff Pestalozzi has been recovering and just this month March has he been able to begin the communication necessary to complete the translation for service.

9. That Plaintiff hereby requests that the Case Management Conference be continued for a period of five months to insure service or process and a proper response from Defendants.

This continuance is hereby requested based on the above information and judicial efficiency is best served by this continuance.

Dated: March 18, 2011                Respectfully submitted,

                                     The Law Office of JAMES M. BARRETT PLC

                                     By: _____
                                         JAMES M. BARRETT
                                         ATTORNEY FOR PLAINTIFF

Having reviewed the Request for Continuance from Plaintiff, including the statements regarding the requirements for service of process of the complaint it is the Order of this Court that the Case Management Conference set for March 30, 2011 is hereby continued to

_____September 14_____ 2011.

IT IS SO ORDERED.

DATED: ___March 22, 2011___

Magistrate Judge Edward M. Chen

*IT IS SO ORDERED AS MODIFIED*

Pestallozzi v. Patek
Request for Case Management Continuance

2