UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RAYMOND PESTALOZZI,<br><br>    Plaintiff,<br><br>vs.<br><br>PATEK PHILLIPPE S.A., et al.,<br><br>    Defendants. | Case No.: C-10-01558-YGR<br><br>**ORDER TO SHOW CAUSE REGARDING FAILURE TO PROSECUTE** |

PLAINTIFF IS HEREBY ORDERED TO SHOW GOOD CAUSE why the case should not be dismissed for failure to prosecute. Fed. Rule of Civ. Proc. 4(m). Hearing shall occur on Friday, March 2, 2012 on the Court's 9:01 a.m. calendar.

This action was filed on April 12, 2010. It is not clear to the Court that any of the defendants have been served.

By Friday, February 24, 2012, Plaintiff's counsel must file a written response to this Order to Show Cause (OSC), if he or she contests it, and must personally appear at the date and time appointed. Neither a special appearance nor a telephonic appearance will be permitted. Failure to file a written response or to appear personally will be deemed an admission that no good cause exists and that dismissal is appropriate.

**IT IS SO ORDERED.**

Dated: February 8, 2012

_____
**YVONNE GONZALEZ ROGERS**
**UNITED STATES DISTRICT COURT JUDGE**