**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| RAYMOND PESTALOZZI,<br><br>    Plaintiff,<br><br>vs.<br><br>PATEK PHILLIPPE S.A., et al,<br><br>    Defendant | Case No.: C-10-1558- YGR<br><br>ORDER VACATING HEARING ON OSC AND SETTING COMPLIANCE HEARING |

TO ALL PARTIES AND COUNSEL OF RECORD:

On February 8, 2012, the Court issued an Order to Show Cause why the case should not be dismissed for failure to prosecute. ECF No. 17. The plaintiff provided a timely written response to the Order. Having reviewed and considered the written response, the Court is satisfied that the plaintiff intends to prosecute the action, and accordingly, VACATES the hearing. No further action will be taken with respect to that Order.

However, given the age of this action, the Court remains concerned about the overall delay. Accordingly, a compliance hearing regarding the service of the named defendants shall be held on Friday, March 30, 2012 on the Court's 9:01a.m. calendar, in the Federal Courthouse, 1301 Clay Street, Oakland, California, in a courtroom to be designated.

Five (5) business days prior to the date of the compliance hearing, plaintiff shall file either (a) proof of the start of the service process in the international forum or (b) a one-page STATEMENT

setting forth an explanation for his failure to comply. If compliance is complete, the compliance hearing will be taken off calendar after review by the Court.

**IT IS SO ORDERED.**

February 23, 2012

_____
**YVONNE GONZALEZ ROGERS**
**UNITED STATES DISTRICT COURT JUDGE**