UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RAYMOND PESTALOZZI,<br><br>    Plaintiff,<br><br>vs.<br><br>PATEK PHILLIPPE S.A., et al,<br><br>    Defendants. | Case No.: 10-cv-01558-YGR<br><br>**ORDER CONTINUING COMPLIANCE HEARING AND SETTING CASE MANAGEMENT CONFERENCE** |

TO ALL PARTIES AND COUNSEL OF RECORD:

On February 23, 2012, the Court issued an Order Vacating Hearing on OSC and Setting Compliance Hearing. (Dkt. No. 19.) Plaintiff provided a timely written response to the Order. Having reviewed and considered the written response, the Court hereby CONTINUES the compliance hearing scheduled for March 30, 2012 to April 13, 2012.

Five (5) business days prior to the date of the compliance hearing, Plaintiff shall file either: (a) proof of delivery of documents to the Central Authority for service upon Defendant (which is estimated to occur on or about April 2, 2012 pursuant to the Affidavit of Celeste Ingalls, ¶ 9); or (b) a one-page statement setting forth an explanation for Plaintiff's failure to comply. If compliance is complete, the hearing will be taken off calendar after review by the Court. This terminates Dkt. No. 24.

In addition, the Court, pursuant to Fed. R. Civ. P. 16(b) and Civil L. R. 16-10, an Initial Case Management Conference shall be held in this case on Monday, August 27, 2012, at 2:00 p.m., at the United States District Court for the Northern District of California, Ronald V. Dellums Federal Building, Oakland.

1  The parties shall file a joint case management conference statement fourteen days in advance of the case management conference date. The statement must include all elements requested in the "Standing Order for All Judges of the Northern District of California – Contents of Joint Case Management Statement."

As set forth in the Court's Standing Order in Civil Cases, these conferences are intended to be substantive and productive. Accordingly, each party shall be represented at the Case Management Conference by counsel with authority to enter into stipulations and make admissions pursuant to Fed. R. Civ. P. 16(a) and (c), as well as fully prepared to address all of the matters referred to in the CAND CMC Order and Civil L.R. 16-10(b). Failure to do so shall be considered grounds for sanctions.

**IT IS SO ORDERED**.

Dated: March 27, 2012

_____
**YVONNE GONZALEZ ROGERS**
**UNITED STATES DISTRICT COURT JUDGE**