UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RAYMOND PESTALOZZI,<br><br>    Plaintiff,<br><br>    vs.<br><br>PATEK PHILLIPPE S.A., et al,<br><br>    Defendants. | Case No.: 10-cv-01558-YGR<br><br>**ORDER VACATING COMPLIANCE HEARING AND MAINTAINING CASE MANAGEMENT CONFERENCE** |

TO ALL PARTIES AND COUNSEL OF RECORD:

On March 27, 2012, the Court issued an Order Continuing Compliance Hearing and Setting Case Management Conference. (Dkt. No. 25.) Plaintiff provided a timely written response to the Order and filed a request for continuance of the compliance hearing until the case management conference. (Dkt. No. 26.) Having reviewed and considered the written response, the Court hereby VACATES the compliance hearing scheduled for April 13, 2012. This Order terminates Dkt. No. 26.

The Case Management Conference scheduled for August 27, 2012 shall be maintained. The parties shall file a joint case management conference statement fourteen days in advance of the case management conference date. The statement must include all elements requested in the "Standing Order for All Judges of the Northern District of California – Contents of Joint Case Management Statement." As set forth in the Court's Standing Order in Civil Cases, these conferences are intended to be substantive and productive. Accordingly, each party shall be represented at the Case Management Conference by counsel with authority to enter into stipulations and make admissions pursuant to Fed. R. Civ. P. 16(a) and (c), as well as fully prepared to address all of the matters referred

to in the CAND CMC Order and Civil L.R. 16-10(b). Failure to do so shall be considered grounds for sanctions.

**IT IS SO ORDERED**.

Dated: April 5, 2012

_____
**YVONNE GONZALEZ ROGERS**
**UNITED STATES DISTRICT COURT JUDGE**