1  JAMES M. BARRETT, ESQ. SBN 190274
   THE LAW OFFICE OF JAMES M. BARRETT, PLC
2  789 CASTRO ST.
   MOUNTAIN VIEW, CA 94041
3  T: 650.969.3687
   F: 650.969.3699
4  Email jb@jamesbarrettlaw.com

5  Attorney for Plaintiff RAYMOND PESTALOZZI

6  D. PETER HARVEY (SBN 55712)
   DONALD A. THOMPSON (SBN 260076)
7  HARVEY SISKIND LLP
   Four Embarcadero Center, 39th Floor
8  San Francisco, CA 94111
   Telephone:    (415) 354-0100
9  Facsimile:    (415) 391-7124
10 Emails: pharvey@harveysiskind.com
           dthompson@harveysiskind.com
11
   Attorneys for Defendant PATEK PHILIPPE S.A.
12

13                  **UNITED STATES DISTRICT COURT**
14                  **NORTHERN DISTRICT OF CALIFORNIA**
                            **OAKLAND DIVISION**
15

16                                              ) **Case No.: C 10-01558 YGR**
                                                )
17 **RAYMOND PESTALOZZI, an Individual**        ) **STIPULATION OF VOLUNTARY**
18 **DBA THINK SECURE LABS**,                   ) **DISMISSAL WITH PREJUDICE OF**
                                                ) **PATEK PHILIPPE S.A., AND THIERRY**
19          Plaintiff,                          ) **STERN**
                                                )
20      vs.                                     )
                                                )
21                                              )
                                                )
22 **PATEK PHILIPPE S.A., THIERRY**             )
   **STERN, an Individual**,                    ) **JUDGE:   Hon. Yvonne Gonzalez Rogers**
23                                              )          **Oakland Courthouse**
            Defendants                          )
24                                              )
                                                )

*IT IS SO ORDERED*

*Judge Yvonne Gonzalez Rogers*

3/11/13

---

Stipulation of Dismissal with Prejudice.    Case No.: C 10-01558 YGR

WHEREAS, Parties have reached Settlement and have entered into a Settlement Agreement in the above entitled matter,

THEREFORE, IT IS HEREBY AGREED BY STIPULATION THAT pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, Plaintiff **RAYMOND PESTALOZZI**, voluntarily dismisses all claims with prejudice brought in this action against the Defendants **PATEK PHILIPPE S.A., and THIERRY STERN.**

Dated: March 8, 2013   LAW OFFICE OF JAMES M. BARRETT PLC

/s/

James M. Barrett Esq.

Attorney for Plaintiff

HARVEY SISKIND LLP
D. PETER HARVEY

Dated: March 8, 2013   /s/

D. PETER HARVEY

Attorneys for Defendant Patek Philippe S.A.